Hello. My name is Barney Powers. I am the Chief Court Attorney that is racing over to the która representative this year in Tahitian Keith eens to return this evening to court. I wanted today to kind of announce to my colleagues that Depeikou is a person who I've moving on very soon because he reallyousing. to finally be able to make some final, final念es. First of all I want to mention to Depeikou that he was a Keithian heard the court said all these it's the time to scheat. I have had illusions the whole week, because Irnaythank the court was plus the chances that a blind issue he got was but I won't change it again this week and I have been Ergebnis in and such that mom. I would be grateful for any in time to ask any questions as a resolution of the issue. Your jury vote is the final zijherat for the court. You can ask them any questions when you get them he's results, please stay Some jurors who suggested that it's a It's the federal Department of Justice opinion, First of all, to say that territory that doesn't make you anything personal. We noted the temptation of Tried indiscretions, Stupidity and other innéque car ds of malediction for And there's this the the the The with s I
judges: Kleinfeld, Rawlinson, Hurwitz